MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN LOUISE DONALDSON, | Civil No. 2:18-cv-00433-AC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand to the agency, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions to reassess Plaintiff's residual functional capacity covering the entire period at issue. In addition, the ALJ should reconsider whether any of Plaintiff's prior jobs constituted past relevant work, and obtain vocational expert assistance if appropriate.

Respectfully submitted,

Date: October 10, 2018    By:    /s/ David F. Chermol*
DAVID F. CHERMOL
*By email authorization on October 10, 2018*
Attorney for Plaintiff

Date: October 10, 2018    MCGREGOR W. SCOTT
United States Attorney

By:    /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: October 10, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand

2