MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    Email: Michael.Marriott@ssa.gov
Attorneys for Defendant

DAVID F. CHERMOL
CHERMOL & FISHMAN, LLC
    11450 Bustleton Avenue
    Philadelphia, PA 19116
    215-464-7200
    Fax: 215-464-7224
    Email: dave@ssihelp.us
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN LOUISE DONALDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-00433-AC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

1       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Karen Louise Donaldson be awarded attorney fees and expenses in the amount of Seven Thousand dollars ($7,000) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of Six Hundred Twenty Five dollars ($625) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

      After the Court issues an order for EAJA fees to Karen Louise Donaldson, the government will consider the matter of Karen Louise Donaldson's assignment of EAJA fees to David F. Chermol. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

      Fees shall be made payable to Karen Louise Donaldson, but if the Department of the Treasury determines that Karen Louise Donaldson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to David F. Chermol, pursuant to the assignment executed by Karen Louise Donaldson. Any payments made shall be delivered to David F. Chermol.

      This stipulation constitutes a compromise settlement of Karen Louise Donaldson's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Karen Louise Donaldson and/or David F. Chermol including Chermol & Fishman may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of David F. Chermol and/or Chermol & Fishman to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: *November 27, 2018*  CHERMOL & FISHMAN, LLC

By: */s/ David F. Chermol**
DAVID F. CHERMOL
* *By email authorization on November 26, 2018*
Attorney for Plaintiff.

Dated: *November 27, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED:  *November 27, 2018*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3